STATE v. PRICE

No. 534P96

Case below: 122 N.C.App. 580

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 April 1997.

STATE v. SEXTON

No. 499A91-3

Case below: Wake County Superior Court

Petition by defendant for writ of certiorari to review the decision of the Superior Court, Wake County, denied 10 April 1997.

STATE v. SMITH

No. 139P97

Case below: 125 N.C.App. 422

Petition by defendant for writ of supersedeas and motion for temporary stay denied 26 March 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 March 1997.

STATE v. WILSON

No. 132P97

Case below: 125 N.C.App. 423

Notice of appeal by defendant (substantial constitutional question) dismissed 10 April 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

STEELE v. LEWIS & DAGGETT

No. 33P97

Case below: 124 N.C.App. 788

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.